UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

JEREMIAH WILLIAMS,

Plaintiff,

v.

REGAL PALMS OWNERS'
ASSOCIATION, INC.,

Defendant.

CASE NO.: 8:26-CV-1441-KKM-CPT

**VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, JEREMIAH WILLIAMS, proceeding pro se, sues Defendant REGAL PALMS OWNERS' ASSOCIATION, INC. ("Defendant" or "HOA") and alleges:

I. JURISDICTION AND VENUE

1. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1339 (Postal Matters).

2. This action arises under the Supremacy Clause (U.S. Const. Art. VI, cl. 2) and the Postal Reorganization Act (39 U.S.C. § 101 et seq.).

1



3. Clarification of Claims: Plaintiff does not challenge the USPS's authority to approve centralized delivery. Rather, Plaintiff challenges Defendant's subsequent misuse of its federally recognized intermediary role to intentionally withhold and return mail for coercive debt-collection purposes in a manner conflicting with the federal postal scheme.

4. Plaintiff does not seek to privately enforce federal criminal statutes; rather, Plaintiff seeks prospective equitable relief against ongoing private conduct that conflicts with the federally regulated postal system and obstructs federally authorized mail delivery.

5. Federal regulation of postal delivery presents a substantial federal question beyond ordinary HOA governance.

6. This Court has supplemental jurisdiction over related state law claims pursuant to 28 U.S.C. § 1367.

7. Venue is proper in this district as the events occurred in Polk County, Florida.

II. PARTIES

8. Plaintiff, JEREMIAH WILLIAMS, is an individual and citizen of the State of Florida, residing at 2153 Calabria Avenue, Davenport, Florida 33897.

9. Defendant, REGAL PALMS OWNERS' ASSOCIATION, INC., is a Florida Not For Profit Corporation (Document No. N03000007301) with its principal address located at 2700 SAND MINE ROAD, DAVENPORT, FL 33897.

10. At all times relevant, Defendant has acted as a residential homeowners' association as defined by Florida law.

2

## III. STATEMENT OF FACTS

11. Regal Palms was established as a residential community. The Declaration of Covenants provides at Section 10.2 that units "shall be used solely for residential purposes" and Section 10.3 explicitly permits "permanent" residency. See Complaint, Doc. 1, Ex. A.

12. Following representations made by Defendant to the United States Postal Service ("USPS") characterizing the community as "transient," the USPS designated Defendant's clubhouse as the mandatory centralized delivery point for all mail. See Complaint, Doc. 1, Ex. C.

13. By assuming this role, Defendant became the sole intermediary for the final delivery of federal mail to Plaintiff.

14. On January 17, 2024, Defendant issued a formal suspension letter stating it would "stop accepting mail" and that "all mail will be returned marked undeliverable" as a debt-collection mechanism. See Complaint, Doc. 1, Ex. B.

15. By actively withholding and returning Plaintiff's mail after it has been federally delivered to the centralized point, Defendant is interfering with a federally protected delivery stream.

16. In the suspension letter, Defendant invoked "Chapter 720.305, Florida Statutes" as authority for the suspension.

17. Defendant is therefore estopped from claiming "transient resort" status to bypass residential delivery obligations while simultaneously exercising the powers of a residential homeowners' association under Florida law.

3

18. Section 6.1.3 of the Declaration permits suspension of common area use "except for legal access." See Complaint, Doc. 1, Ex. A.

19. By intentionally withholding and returning Plaintiff's mail as "undeliverable," Defendant is actively denying Plaintiff legal access to the judicial system, tax notices, and governmental correspondence.

20. Defendant is currently pursuing foreclosure proceedings against Plaintiff in state court.

21. By returning Plaintiff's mail, Defendant has created a substantial due process gap interfering with the reliability of judicial notice procedures.

## IV. CAUSES OF ACTION

## COUNT I – DECLARATORY AND INJUNCTIVE RELIEF ARISING FROM CONFLICT WITH FEDERAL POSTAL REGULATION

22. Plaintiff realleges paragraphs 1 through 21.

23. The federal postal scheme governed by 39 U.S.C. § 101 mandates prompt, reliable, and efficient mail delivery.

24. Defendant's policy of intentionally withholding and returning federally delivered mail creates an actual conflict with federal postal objectives.

25. Plaintiff seeks declaratory and injunctive relief preventing Defendant from obstructing federally regulated mail delivery.

## COUNT II – EQUITABLE RELIEF (INTERFERENCE WITH ACCESS TO JUDICIAL PROCESS)

26. Plaintiff realleges paragraphs 1 through 25.

4

27. The intentional withholding and returning of mail substantially interferes with the reliable transmission of legal notices and judicial correspondence.

28. Plaintiff seeks equitable intervention to prevent irreparable harm affecting Plaintiff's property rights and access to judicial proceedings.

COUNT III – BREACH OF CONTRACT

29. Plaintiff realleges paragraphs 1 through 28.

30. Defendant materially breached Section 6.1.3 of the Declaration by denying Plaintiff legal access through interference with legal and governmental mail.

COUNT IV – TRESPASS TO CHATTELS

31. Plaintiff realleges paragraphs 1 through 30.

32. Once the USPS completed delivery to the centralized delivery point, Plaintiff possessed a property interest in the delivered mail.

33. Defendant intentionally interfered with Plaintiff's possessory interest by withholding and returning Plaintiff's mail without authorization.

V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

A. A mandatory preliminary injunction compelling restoration of mail delivery;

B. Actual damages for financial and legal losses;

C. Punitive damages as permitted by law;

D. A declaratory judgment that Defendant's mail suspension policy is void; and

E. Such further relief as the Court deems just and proper.

VI. DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

Jeremiah Williams, Pro Se

2153 Calabria Avenue

Davenport, Florida 33897

Email: jeremiahjohnwilliams@gmail.com

Telephone: 407-848-8282

## VERIFICATION

I, JEREMIAH WILLIAMS, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on:

2  Jeremiah Williams

SABRINA DEGAETANO
Notary Public - State of Florida
Commission # HH 688342
My Comm. Expires Jun 16, 2029

Sabrina DeGaetano

5-8-26

7

# Exhibit A

RETURN TO:
Grant T. Downing, Esquire
222 W. Comstock Ave., Ste. 101
Winter Park, Florida 32789

Prepared By:

Margaret A. Rolando, Esq.
Shutts & Bowen
1600 Miami Center
201 S. Biscayne Blvd
Miami, Florida  33131

INSTR # 2004022019
BK 05662 PG 0603
RECORDED 02/04/2004 02:50:06 PM
RICHARD M WEISS, CLERK OF COURT
POLK COUNTY
RECORDING FEES 478.50
RECORDED BY B Morris

## DECLARATION OF
## COVENANTS, RESTRICTIONS AND EASEMENTS
## FOR
## REGAL PALMS AT HIGHLAND RESERVE

THIS DECLARATION OF COVENANTS, RESTRICTIONS AND EASEMENTS ("Initial Declaration") is made as of June 6, 2003, by TOUSA HOMES, INC., a Florida corporation f/k/a ("Declarant").

## RECITALS

A.    The Declarant is the owner of that certain property known as Regal Palms located in Polk County, Florida, described in Exhibit "A" hereto (the "Properties").

B.    The Declarant intends to create a community on the Properties.

C.    The Declarant intends that various portions of the Properties be set aside for the collective use of all or a segment of the owners and residents of the community to be created on the Properties.

D.    In order to preserve and enhance the value of dwelling units and structures built on the Properties and to promote the welfare of their owners and occupants, the Declarant desires to submit the Properties to this Declaration.

E.    In order to facilitate the objectives described herein, the Declarant has formed a Florida not for profit corporation called Regal Palms Owners' Association, Inc. ("Association"), which shall be responsible for the administration, enforcement and performance of certain duties under this Declaration.

NOW, THEREFORE, Declarant declares that the Properties, together with such additions thereto as are hereafter made pursuant to Article 2 of this Declaration, shall be held, transferred, sold, conveyed, leased, mortgaged, used, occupied and improved subject to the easements, covenants, conditions, restrictions, servitudes, charges and liens created or provided for by this Declaration.

-1-

L.. BK 05662 PG 0618

by their respective Voting Members at a duly constituted meeting thereof (i.e., one for which proper notice has been given and at which a quorum exists) and not of the Members themselves or of the total number of Lots. To the extent lawful, the foregoing shall apply to, without limitation, the establishment of a quorum at any applicable meeting.

5.5     Appointment of Directors. Notwithstanding the number of votes to which the Declarant is entitled, until the Class B Membership ceases and is converted to Class A Membership and the control of the Board of Directors is turned over to the Owners other than the Declarant, the Declarant shall have the right to appoint all but one of the members of the Board of Directors, and Florida Homes shall have the right to appoint one member of the Board of Directors provided that (i) Florida Homes is not in default of its obligations under the Purchase Agreement and (ii) Florida Homes either owns a Lot or other real property comprising the Properties or has the right to acquire any portion of Regal Palms. If Florida Homes or its successors or assigns defaults in its obligations under the Purchase Agreement and such default is not cured within the applicable grace period, if any, then the Declarant shall have the right to appoint all of the members of the Board of Directors until control of the Board of Directors is turned over to the Owners other than the Declarant in accordance with the Declaration and By-Laws.

## 6    CERTAIN EASEMENTS

6.1     Members' Easements. Each Member of the Association and each Permitted User of such Member shall have a non-exclusive easement for the use and enjoyment of all General Common Areas in common with all other such Members of the Association and their Permitted Users. All rights of use and enjoyment are subject to the following:

6.1.1    Easements over and upon the General Common Areas in favor of the Association and its Members shall not be deemed to grant any easements or use rights which are not specifically granted elsewhere herein or in any other documents to which the Properties (or any applicable portion(s) thereof) are now or hereafter made subject.

6.1.2    The Association has the right and obligation to levy Assessments against each Lot for the purpose of maintaining the Common Areas and facilities in compliance with the provisions of this Declaration and with the restrictions on the plats of portions of the Properties from time to time recorded.

6.1.3    The Association may suspend the right of an Owner and his Permitted Users to use the Common Areas (except for legal access) and other recreation facilities for any period during which any applicable Assessment remains unpaid.

A TRUE COPY
CERTIFICATION ON LAST PAGE
RICHARD U. WEISS, CLERK

-16-

⌐R BK 05662 PG 0638

to remove any improvements interfering with or impairing such facilities or easements herein reserved; provided such right of access, except in the event of an emergency, shall not unreasonably interfere with the Unit Owner's permitted use of the Townhouse. Except in the event of an emergency (which shall not require prior notice), entry shall be made on not less than one (1) days' notice (which notice shall not, however, be required if the Owner is absent when the giving of such notice is attempted).

9.9    Encroachments. If (i) any Townhouse encroaches upon any other Lot, Townhouse, or Common Area; or (ii) any encroachment shall hereafter occur as a result of (1) construction of the Townhouse Building or Common Area; (2) settling or shifting of the Townhouse Building or Common Area; (3) any alteration or repair to the Townhouse Building or Common Area made by or with the consent of the Townhouse Owner, Association or the Declarant, as appropriate, or (4) any repair or restoration of the improvements to the Lot, Townhouse or Common Area (or any portion thereof) damage by fire or other casualty or any taking by condemnation or eminent domain proceedings of all or any portion of any Lot, Townhouse or Common Area, then, in any such event, a valid easement shall exist for such encroachment and for the maintenance of same so long as the improvements to the Lot, Townhouse or Common Area shall stand.

## 10    CERTAIN RESTRICTIONS, RULES AND REGULATIONS

10.1    Applicability. The provisions of this Article 10 shall apply to all of the Properties and the use thereof but shall not apply to the Exempt Parties. Nor shall this Article 10 apply to any Participating Builder who purchase its Lots or Parcel from Declarant and is expressly exempted by Declarant from all or some of the provisions of this Article.

If requested by any interested party, Declarant shall give a written statement as to whether any particular person or entity is exempt from the provisions of this Article and to what property and for what period of time such exemption applies. The party receiving such statement shall be entitled to rely thereon and such statement shall be binding on the Declarant, the Association, all Neighborhood Associations and all other relevant persons and entities.

10.2    Land Use and Building Type. Each Lot and Unit constructed thereon shall be used solely for residential purposes, except for such ancillary or other commercial uses permitted by applicable zoning codes and other laws and ordinances. However, without limiting the generality of Section 10.1, an Exempt Party and any Participating Builders is authorized to use Lots and/or Units for temporary uses, such as model homes, sales displays, parking lots, sales offices and other offices, or any one or more combination of such temporary uses. No changes may be made in Units erected or approved by the Declarant (except if such changes are made by an Exempt Party) without the consent of Declarant, the DRB or its

-36-

A TRUE COPY
CERTIFICATION ON LAST PAGE
RICHARD U. WEISS, CLERK

OR BK 05662 PG 0639

Neighborhood Association counterpart, as appropriate and as provided herein.

10.3    Occupancy. Each Unit shall be used as a residence only, whether for permanent, temporary or transient use, except as otherwise herein expressly provided, all in accordance with all applicable county and state codes, ordinances and regulations. The provisions of this Section 10.3 shall not be applicable to Units used by an Exempt Party or Participating Builder for model homes, sales or resales offices or management or administrative services.

10.4    Easements. Easements for installation and maintenance of utilities are reserved as shown on the recorded plats covering the Properties and as provided herein. The area of each Lot covered by an easement and all improvements in the area shall be maintained continuously by the Owner of the Lot, except as provided herein to the contrary and except for installations for which a public authority or utility company is responsible. The appropriate water and sewer authority, electric utility company, telephone company, the Association, the applicable Neighborhood Association, an Exempt Party, and their respective successors and assigns, shall have a perpetual easement for the installation and maintenance of all underground, of water lines, sanitary sewers, storm drains, and electric, telecommunications and cable television and cables and conduits, under and through the utility easements as shown on the plats or otherwise granted.

10.5    Nuisances. No noxious, offensive or unlawful activity shall be carried on upon the Properties, nor shall anything be done thereon which may be or may become an annoyance or nuisance to other Owners.

10.6    Temporary Structures. No structure of a temporary character, trailer, mobile home or recreational vehicle shall be permitted on any Lots within the Properties at any time or used at any time as a residence, either temporarily or permanently, except by an Exempt Party or Participating Builder during construction.

10.7    Signs. No sign of any kind shall be displayed to the public view on any Lot or common areas/elements of any Neighborhood Association, except as authorized by Declarant or DRB (in locations and in accordance with applicable design standards). Exempt Parties shall have the right and Declarant may authorize Participating Builders to place signs on the Properties for advertising purposes during the construction and sales period and subsequently for rentals. No sign of any kind which shall be visible outside the Unit shall be permitted to be placed inside a Unit or on the outside walls of such Unit, or on any fences on the Properties, nor on the Common Areas, nor on dedicated areas, nor on entryways or any vehicles within the Properties, except such as are authorized by the DRB or are placed on the Properties by an Exempt Party. Without limiting the generality of Article 13, in the event that similar requirements of a Neighborhood Association are more restrictive than those set forth herein, such more restrictive requirements shall supersede and control.

A TRUE COPY
CERTIFICATION ON LAST PAGE
RICHARD M. WEISS, CLERK

OR BK 05662 PG 0664

21.17 <u>NOTICES AND DISCLAIMERS AS TO WATER BODIES</u>. NEITHER DECLARANT, FLORIDA HOMES, THE ASSOCIATION, NOR NEIGHBORHOOD ASSOCIATION NOR ANY OF THEIR OFFICERS, DIRECTORS, COMMITTEE MEMBERS, EMPLOYEES, MANAGEMENT AGENTS, CONTRACTORS OR SUB-CONTRACTORS (COLLECTIVELY, THE "LISTED PARTIES") SHALL BE LIABLE OR RESPONSIBLE FOR MAINTAINING OR ASSURING THE WATER QUALITY OR LEVEL IN ANY LAKE, POND, CANAL, CREEK, STREAM OR OTHER WATER BODY WITHIN REGAL PALMS, EXCEPT AS SUCH RESPONSIBILITY MAY BE SPECIFICALLY IMPOSED BY OR CONTRACTED FOR WITH AN APPLICABLE GOVERNMENTAL OR QUASI-GOVERNMENTAL AGENCY OR AUTHORITY. FURTHER, ALL OWNERS AND USERS OF ANY PORTION OF REGAL PALMS LOCATED ADJACENT TO OR HAVING A VIEW OF ANY OF THE AFORESAID WATER BODIES SHALL BE DEEMED, BY VIRTUE OF THEIR ACCEPTANCE OF THE DEED TO OR USE OF SUCH PROPERTY, TO HAVE AGREED TO HOLD HARMLESS THE LISTED PARTIES FOR ANY AND ALL CHANGES IN THE QUALITY AND LEVEL OF THE WATER IN SUCH BODIES.

ALL PERSONS ARE HEREBY NOTIFIED THAT FROM TIME TO TIME ALLIGATORS AND OTHER WILDLIFE MAY HABITATE OR ENTER INTO WATER BODIES WITHIN REGAL PALMS AND MAY POSE A THREAT TO PERSONS, PETS AND PROPERTY, BUT THAT THE LISTED PARTIES ARE UNDER NO DUTY TO PROTECT AGAINST, AND DO NOT IN ANY MANNER WARRANT AGAINST, ANY DEATH, INJURY OR DAMAGE CAUSED BY SUCH WILDLIFE.

EXECUTED as of the date first above written.

Signed in the presence of:

Print name: John P. Junod

Print name: Kristy Horn

TOUSA HOMES, INC., a Florida corporation

By:

Title: V.P.

A TRUE COPY
CERTIFICATION ON LAST PAGE
RICHARD W. WEISS, CLERK

OR BK 05662 PG 0665

STATE OF FLORIDA          )
                          ) ss:
COUNTY OF Orange          )

The foregoing instrument was acknowledged before me, this 29th day of January, 2004 by ___Dan Roberts___ as Vice-President of TOUSA HOMES, INC., a Florida corporation, on behalf of the corporation. He is personally known to me or has presented _____ as identification.



JOHN P. JUNOD
MY COMMISSION # DD 219198
EXPIRES: June 3, 2007
Bonded Thru Notary Public Underwriters

Notary Public
Print name: _____
State of Florida
My commission expires: _____

-63-

A TRUE COPY
CERTIFICATION ON LAST PAGE
RICHARD W. WEISS. CLERK

OR BK 05662 PG 0666

# JOINDER OF FLORIDA HOMES

Florida Homes, as defined in the Declaration, hereby agrees to and joins in this Declaration, hereby accepts all of the benefits and duties, responsibilities, obligations and burdens imposed upon it by the provisions of this Declaration and the exhibits attached hereto.

Signed in the presence of:

FLORIDA HOMES AND INVESTMENTS, INC., a Florida corporation

Print Name: CLAUDINE KAIZER

By: _____

Title: President

Print Name: JON PENNY

STATE OF FLORIDA     )
                     ) ss:
COUNTY OF Lake       )

The foregoing instrument was acknowledged before me, this 29th day of January, 2004, by _____Russel Christner_____, as President of FLORIDA HOMES AND INVESTMENTS, INC., a Florida corporation, on behalf of the corporation, who is personally known to me.

Notary Public
Print Name: Theresa Uddenback-Smiec
State of Florida
My Commission Expires: May 5th, 2007

T. UDDENBACK-SMIECH
Notary Public, State of Florida
My comm. expires May 5, 2007
No. DD209357
Bonded thru Ashton Agency, Inc. (800)451-4854

-64-

A TRUE COPY
CERTIFICATION ON LAST PAGE
RICHARD H. WEISS, CLERK

# Exhibit B

January 17, 2024

Dear Regal Palms Homeowner:
2153 Calabria Avenue, Davenport FL33897/ Jeremiah Williams

**The purpose of this letter is to provide you with formal notice that the Board of Directors of the Regal Palms Owners' Association, Inc. has suspended your <u>voting rights</u> in the Association and <u>your rights to use the Association's common amenities</u> for failure to pay delinquent assessments pursuant to Chapter 720.305(3) and (4), Florida Statutes.**

Effective immediately, you do not have the right to cast your vote on any matter of Association business, including, but not limited to, the right to vote in the election of the Board of Directors.

Effective immediately, you, your tenants, and invitees are prohibited from utilizing any common amenities of the community, including the Club facilities, and will be denied access to these amenities. In addition, all cable television and WIFI provided by the Association is hereby suspended.

**Effective 15 days after the date of this letter, the Association will stop accepting mail for you at the club front desk. All mail will be returned marked undeliverable.**

Please be advised that these suspensions will continue until receipt by the Association of full payment of all financial obligations owed to the Association.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Sincerely,


Pedro DeJesus
General Manager

# Exhibit C



Dan Dotherow | **District Growth Management Coordinator**| **U. S. Postal Service | Suncoast District**
440 S Orange Blossom Tr | Orlando, Fl 32805-9311 | O - 407-428-9540 | Fax - 407-843-1948 |
dan.g.dotherow@usps.gov

## POM 631.553 TransientDevelopments

Transient developments are mobile home, trailer, and recreational vehicle parks where the lots are temporarily occupied or rented and considered transient, short-term, or seasonal, even though some families may live in them for extended periods. For these developments, the only option is delivery to a single point or receptacle designated by park management and approved by local Postal Service managers for the receipt of all mail and subsequent distribution or mail forwarding by employees of the park. This method is also available for permanent developments.

Regal Palms is using following email to defend denying mail. They email hints that Regal Palms owns homes and is a short term rental community. Actually a third of owner live here full time as I for year. I been here 3 years. Owner can rent there homes out short term as option, but this is a residential community. All homes are individually owned.

**Notice of Case Action**
State of Florida Department
of Children and Families

ACCESS CENTRAL MAIL CENTER
P.O. BOX 1770
OCALA FL 34478

MYFLFAMILIES.COM

April 3, 2026                    Case: 1524543969                    Phone:  (850) 300-4323

---

JEREMIAH WILLIAMS
2153 CALABRIA AV
DAVENPORT FL 33897

Dear Jeremiah Williams

The following is information about your eligibility.

---

## Food Assistance

Your application for Food Assistance dated March 04, 2026 is **approved**.  You are eligible for the months listed below:

| Name | Apr, 2026 | May, 2026 Thru September 30, 2026 |
|---|---|---|
| Jeremiah Williams | Eligible | Eligible |
| Kenneth Simmons | Eligible | Eligible |
| **Benefit Amount** | $546.00 | $546.00 |

Before your eligibility ends, we will send you a letter telling you what to do to keep getting Food Assistance. To keep your Food Assistance from ending, you will need to complete a review by  September 30, 2026. You can use the web site at www.myflorida.com/accessflorida to do this on My ACCESS Account.

AE01    FORM : CF-ES 103 03 2009

**Food Assistance**

Your Food Assistance application/review  dated March 04, 2026 is **denied** for the following months:

| Name | Mar, 2026 |
|------|-----------|
| Jeremiah Williams | Ineligible |
| Kenneth Simmons | Ineligible |

Reason: You are receiving the same type of assistance from another program. You or a household member already qualify for this requested benefit in another case or another category. Examples: receiving TCA or SNAP in a different case, Medicaid eligibility continues in another category, etc.
No household members are eligible for this program. You do not or no longer qualify for this benefit due to income and/or or a change in your household circumstances.

The law that supports this action is:

(FL Admin. Code = R) (FL Statute = S), S414.095 R65A-1.205

If you missed your food assistance interview, it is your responsibility to contact the Department of Children and Families ACCESS Florida Office to reschedule a time to complete the interview. If you need to complete a recertification, you have 30 days following the end of your current certification period to complete the interview and the required actions (provide verifications, if needed) without having to submit a new application. We will reopen your food assistance and provide benefits retroactive to the date you completed all required actions (interview and verifications), if completed within 30 days following the end of your certification period. However, if it is beyond this time period you must reapply.

For applications, if you completed the interview (if required) by the 30th day after the application date, you do not need to give us a new application if you give us all the verification we asked for within 60 days from the day you originally turned in your application. If you do not give us all the verification we asked for within 60 days from the day you originally turned in your application, you will have to complete a new application.

For recertifications, if you completed the interview (if required), your household has 30 days following the end of your certification period to return the verifications.

Please report if anyone in your household receives an approval of public assistance or Supplemental Security Income (SSI).

Free legal services are available at floridalawhelp.org.

**Medicaid**

Your Medicaid has been reviewed and the members listed below are eligible for continued coverage.

| Name | Status |
|------|--------|
| Jeremiah Williams | Eligible |
| Kenneth Simmons | Eligible |

Reason: ALL ELIGIBILITY REQUIREMENTS HAVE BEEN MET

Certain food assistance recipients will have to meet general and/or Able-Bodied Adults Without Dependents (ABAWDs) work requirements to be eligible to receive food assistance benefits.

If you are required to meet general work requirements and already have a job you cannot quit your job or choose to work less than 30 hours each week without having a good reason, such as getting sick, being discriminated against, or not getting paid.  You must provide verification of your hours worked.

An ABAWD is an adult age 18 through 64; physically and mentally able to work; not a parent or household member with responsibility for a dependent child under age 14; not pregnant; and not exempt from food assistance general work requirements. **If you are identified as an ABAWD and are age 18 through 59 or, you will be referred to participate in the SNAP Employment and Training program, operated by local workforce development board (LWDB) also known as CareerSource. To find your local LWDB or to learn more about services offered, please visit: https://www.floridajobs.org/** .

**If you are identified as an ABAWD and age 60 through 64, you are subject to the time-limits and required to verify work requirements.**

If you are identified as an ABAWD and fail to comply with work requirements, or do not have good reason not to participate, a sanction will be imposed that stops or reduces food assistance benefits. If your case is closed, you can reapply if you are exempt from work requirements, have good reason to not participate, or are working or volunteering at least 80 hours per month.

If this is the first time you have been approved for food or cash benefits, your EBT Card will be mailed to you.  If you received benefits before and had a card but have lost or misplaced it, please call EBT Customer Service at 888-356-3281 to ask for a replacement card.

**Go to myaccess.myflfamilies.com and update your MyACCESS account.  You will need your case number, 1524543969, to validate your account.  Once you have validated your account you will be able to see the status of your benefits, view notices, renew benefits, request additional benefits, report changes, and upload documents.**

**For more information about available employment and training opportunities in your area, please visit: www.employflorida.com** .

**Did you know you now have an on-line account with us?  Go to myaccess.myflfamilies.com. You will need your case number, 1524543969, to activate your MyACCESS Account. Then you can get into your account with a user name and password of your choice.**

To see what information we used when we reviewed your Medicaid case, or to report changes we need to know about, use your on-line My Access Account at www.myflorida.com/accessflorida

**Important Information for Food Assistance or Temporary Cash Assistance Recipients:**
When it is time for your food assistance or Temporary Cash Assistance review, you will receive a separate notice telling you what to do in order to complete your review.

**Did you know you now have an on-line account with us? Go to myaccess.myflfamilies.com. You will need your case number, 1524543969, to activate your MyACCESS Account. You can then get into your account with a user name and password of your choice to track the status of your application or review, view notices, report changes, apply for additional benefits, print a temporary Medicaid card (if Medicaid eligible) and view your current level of benefits.**

**DCF Services:**
For information about your case, you may access your case information quickly and securely:
- through My ACCESS Account at www.myflorida.com/accessflorida,
- receive email notifications by signing up through your MyACCESS Account, or
- call the ACCESS Customer Call Center at (850) 300-4DCF (4323).
- For more information about Medicaid eligibility and applying for Medicaid, please go to https://www.myflfamilies.com/medicaid .

**Fair Hearings: If you disagree with our decision**, you have the right to ask for a hearing before a state hearing officer. You may be represented at the hearing by a lawyer, relative, friend, or anyone you choose. If you want a hearing, you must ask for the hearing within 90 days from the date at the top of this notice. You may ask for a hearing by emailing us at appeal.hearings@myflfamilies.com; by making a request online at https://www.myflfamilies.com/fairhearings; by writing to us at Appeal Hearings Section, 2415 North Monroe Street, Suite 400-I, Tallahassee, Florida 32303-4190; by calling the call center; or by coming into a DCF office. If you ask for a hearing before the date your benefits are scheduled to end or change, your Medicaid benefits will continue at the prior level until the hearing decision; for all other programs, your benefits may continue at the prior level until the hearing decision. You may be responsible to repay any benefits if the hearing decision is not in your favor. For Medicaid, you will not be responsible to repay benefits unless we find that you engaged in fraud or an intentional program violation. Your appeal will be decided within 90 days of your request. For Medicaid, if you have an urgent health care need (one that would result in serious harm to your health if not treated soon), you can ask for a faster appeal. Proof of your urgent health care need may be requested.

If you need information about free legal services, call the ACCESS Customer Call Center toll free at (850) 300-4DCF (4323) for a listing of legal services in your area or you can visit www.floridalawhelp.org.

Information on other services that may be helpful to you can be found at https://www.myflfamilies.com/services/public-assistance.
Local community partner agencies are available to help you apply for services. To find one near you, go to www.myflorida.com/accessflorida under "Find Us". You can search by zip code or county.

**Other information that may help you:**
- To register or update your voter registration, you can visit www.registertovoteflorida.gov or call the ACCESS Customer Call Center at (850) 300-4DCF (4323)
- Did you earn less than $68,675 in 2025? You may be eligible for an Earned Income Tax Credit up to $8,046. For more information on where to find free tax assistance in your area call the IRS at 1-800-829-1040.
- You may be eligible to receive monthly discounts on your phone bill through Florida's Lifeline Assistance Program. Call your phone company or the Florida Public Service Commission at 1-800-342-3552 for more information.
- If you need free help obtaining child support, medical support, establishing paternity, or locating your child's parent, call the Florida Child Support Program at (850) 488-KIDS (5437).

For Florida Relay 711 or TTY services, call 1-800-955-8771.

**Nondiscrimination Policy:**
In accordance with federal civil rights laws and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity in any program or activity conducted or funded by USDA. Programs that receive federal financial assistance from the U.S. Department of Health and Human Services (HHS), such as Temporary Assistance for Needy Families (TANF), and programs HHS directly operates are also prohibited from discrimination under federal civil rights laws and HHS regulations.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or who have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

**CIVIL RIGHTS COMPLAINTS INVOLVING USDA PROGRAMS**

USDA provides federal financial assistance for many food security and hunger reduction programs such as the Supplemental Nutrition Assistance Program (SNAP), the Food Distribution Program on Indian Reservations (FDPIR) and others. To file a program complaint of discrimination, complete the Program Discrimination Complaint Form, (AD-3027) found online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf, and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by:

1. **mail**: Food and Nutrition Service, USDA
   1320 Braddock Place, Room 334, Alexandria, VA 22314; or

2. **fax**: (833) 256-1665 or (202) 690-7442; or

3. **phone**: (833) 620-1071; or

4. **email**: FNSCIVILRIGHTSCOMPLAINTS@usda.gov

For any other information regarding SNAP issues, persons should either contact the USDA SNAP hotline number at (800) 221-5689, which is also in Spanish, or call the state information/hotline numbers (click the link for a listing of hotline numbers by state); found online at: SNAP hotline.

**CIVIL RIGHTS COMPLAINTS INVOLVING HHS PROGRAMS**

HHS provides federal financial assistance for many programs to enhance health and well-being, including TANF, Head Start, the Low Income Home Energy Assistance Program (LIHEAP), and others. If you believe that you have been discriminated against because of your race, color, national origin, disability, age, sex (including pregnancy, sexual orientation, and gender identity), or religion in programs or activities that HHS directly operates or to which HHS provides federal financial assistance, you may file a complaint with the Office for Civil Rights (OCR) for yourself or for someone else.

To file a complaint of discrimination for yourself or someone else regarding a program receiving federal financial assistance through HHS, complete the form on line through OCR's Complaint Portal at https://ocrportal.hhs.gov/ocr/. You may also contact OCR via mail at: Centralized Case Management Operations, U.S. Department of Health and Human Services, 200 Independence Avenue, S.W., Room 509F HHH Bldg., Washington, D.C. 20201; fax: (202) 619-3818; or email: OCRmail@hhs.gov. For faster processing, we encourage you to use the OCR online portal to file complaints rather than filing via mail. Persons who need assistance with filing a civil rights complaint can email OCR at OCRMail@hhs.gov or call OCR toll-free at 1-800-368-1019, TDD 1-800-537-7697. For persons who are deaf, hard of hearing, or have speech difficulties, please dial 7-1-1 to access telecommunications relay services. We also provide alternative formats (such as Braille and large print), auxiliary aids and language assistance services free of charge for filing a complaint.

This institution is an equal opportunity provider.

If you have difficulty understanding English because you do not speak English or have a disability, please let us know. Free language assistance or other aids and services are available upon request. 850-300-4323

إذا واجهتك صعوبة في فهم اللغة الإنجليزية لأنك لا تتحدث الإنجليزية أو تعاني من إعاقة، يرجى إخبارنا. تتاح المساعدة اللغوية المجانية أو أي مساعدات وخدمات أخرى عند الطلب. 850-300-4323

Si vous avez des difficultés à comprendre l'anglais parce que vous ne parlez pas anglais ou en raison d'un handicap, veuillez nous en informer. Une assistance linguistique ou d'autres types d'aides et de services sont disponibles gratuitement sur demande. 850-300-4323

Wenn Sie Schwierigkeiten haben, Englisch zu verstehen, weil Sie die Sprache nicht kennen oder weil Sie eine Behinderung haben, lassen Sie uns dies bitte wissen. Kostenlose Sprachmittlung sowie andere Hilfsmittel und Leistungen sind auf Anfrage erhältlich. 850-300-4323

તમે અંગ્રેજી ન બોલતા હોવાના કારણે અથવા વિકલાંગતા હોવાના લીધે જો તમને અંગ્રેજી સમજવામાં સમસ્યા આવતી હોય તો, મહેરબાની કરીને અમને જણાવો. વિનંતી કરવા પર વિના મૂલ્યે ભાષાકીય મદદ અથવા અન્ય સહાય અને સેવાઓ ઉપલબ્ધ છે. 850-300-4323

Si ou gen difikilte pou konprann angle paske ou pa pale angle oswa ou gen yon andikap, tanpri di nou sa. Gen èd ak lang avèk lòt èd ak sèvis disponib depi ou mande. 850-300-4323

Hai problemi a capire l'inglese perché non parli la lingua o hai una disabilità? Mettiti in contatto con noi. Su richiesta, è possibile ricevere assistenza linguistica o altri servizi e tipi di supporto in maniera gratuita. 850-300-4323

영어를 할 줄 모르거나 장애 때문에 영어를 이해하기가 어려우시면 당국에 알려주십시오. 요청 시 무료 언어 지원 또는 기타 보조 도구 및 서비스를 이용하실 수 있습니다. 850-300-4323

Jeżeli masz trudności ze zrozumieniem języka angielskiego, ponieważ nie mówisz w tym języku lub jesteś osobą z niepełnosprawnością, prosimy o kontakt. Bezpłatna pomoc językowa, a także inne formy wsparcia są dostępne na życzenie. 850-300-4323

Se você tiver dificuldade para entender inglês porque não fala inglês ou tem uma deficiência, informe-nos disso. Um assistente de linguagem gratuito e outros auxílios e serviços estão disponíveis mediante solicitação. 850-300-4323

Если у вас есть трудности с пониманием английского языка, потому что вы не говорите на нем или являетесь лицом с ограниченными возможностями, дайте нам знать. Бесплатные услуги языковой поддержки или другая помощь доступны по запросу. 850-300-4323

Ukoliko imate poteškoće u razumevanju engleskog jezika, bilo zbog toga što ne govorite engleski jezik ili zbog hendikepa, obavestite nas o tome. Besplatna jezička podrška i druge vrste pomoći i usluga su dostupne na zahtev. 850-300-4323

Si tiene dificultades para entender el inglés porque no sabe el idioma o porque tiene una discapacidad, háganoslo saber. Puede solicitar ayuda con el idioma u otras ayudas y servicios gratuitos. 850-300-4323

Kung kayo ay may kahirapan sa pag-intindi ng Ingles dahil hindi kayo nagsasalita ng Ingles o kayo ay may kapansanan, mangyaring ipaalam sa amin. Maaaring humiling ng libreng tulong sa wika o iba pang mga tulong at serbisyo. 850-300-4323

หากมีปัญหาในการทำความเข้าใจภาษาอังกฤษเนื่องจากคุณไม่ได้สื่อสารภาษาอังกฤษหรือเป็นผู้พิการ โปรดแจ้งให้เราทราบ บริการช่วยเหลือด้านภาษาหรือความช่วยเหลือและบริการอื่นๆ ตามต้องการโดยไม่เสียค่าใช้จ่าย 850-300-4323

如因不會說英文或罹患殘疾而無法理解英文，請告訴我們。收到申請後，我們會提供免費語言協助或者其他協助和服務。850-300-4323

Nếu quý vị gặp khó khăn để hiểu tiếng Anh vì quý vị không nói tiếng Anh hay bị khuyết tật, vui lòng cho chúng tôi biết. Trợ giúp ngôn ngữ miễn phí hay các dịch vụ và hỗ trợ khác được cung cấp khi có yêu cầu. 850-300-4323

# Exhibit D

Filing # 240811101 E-Filed 02/02/2026 04:37:48 PM

TENTH JUDICIAL CIRCUIT COURT
STATE OF FLORIDA, COUNTY OF POLK
POST OFFICE BOX 9000 • DRAWER J126
BARTOW, FLORIDA 33831-9000



RETURN SERVICE REQUESTED

PRESORTED
FIRST CLAS

ZIP 33830  $ 000.68
02 4W
0000388406 JAN 06 2026

Case #: 25CA 1827
Notice / Order: Amended OSC SUMM
CMC
1/13/26

☒ No Forwarding Address Provided
○ Forwarded or ___ ___ by ___

UNKNOWN TENANTS
2153 CALABRIA AVE
DAVENPORT, FL 33837

NIXIE       339   DE 1        0001/30/26

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

VAC     BC: 33831999999     *2374-03671-30-03
33831>9999

**2025CA-001827-A000-BA      Received in Polk 02/02/2026 09:14 PM**